UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAUREN NUQUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | 7:24-CV-51-BO-KS |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss plaintiff's complaint in its entirety.

**IT IS ORDERED, ADJUDGED AND DECREED** that the unopposed motion to dismiss by defendant [DE 9] is GRANTED. Plaintiff's complaint is DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on August 5, 2024, and served on:**
Brian Kromke (via CM/ECF Notice of Electronic Filing)
Dianne Pappayliou (via CM/ECF Notice of Electronic Filing)
J. Scott Lewis (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

August 5, 2024

  /s/ Lindsay Stouch
By: Deputy Clerk